Argued September 8, charges dismissed September 15, 1954

In re Complaint as to the Conduct of
# BEN G. FLEISCHMAN
273 P. 2d 993

*Ben G. Fleischman,* of Portland, in propria persona, and *Gunther F. Krause,* of Portland, for petitioner.

No appearance for Oregon State Bar.

WARNER and TOOZE, Justices, not sitting.

PER CURIAM.

This matter comes before us on the recommendation of the Oregon State Bar that Ben G. Fleischman, an attorney, be publicly reprimanded for unprofessional conduct in soliciting professional business from one Ruby Arquette.

On review of the record we are of the opinion that the charges preferred against Mr. Fleischman have not been sustained.

Proceedings dismissed.